IH-32                                                                                               Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

Joseph Franklin Monkam Nitcheu, individually and on behalf of all others similarly situated,

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:21-cv-02262 |
| Bit Digital, Inc., Min Hu, and Erke Huang, | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

ANTHONY PAUWELS, individually and on behalf of all others similarly situated,

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:21-cv-00515-ALC |
| Bit Digital, Inc., Min Hu, and Erke Huang, | |
| Defendant | |

IH-32                                                                                              Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✔ Open    (If so, set forth procedural status and summarize any court rulings.)

Complaint filed 1/20/2021. Judge Andrew J. Carter, Jr. assigned on 1/21/2021.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases allege similar facts and federal securities fraud claims against the same defendants.

Signature: /s/ Jeffrey C. Block           Date: 3/16/2021

Firm: Block & Leviton LLP